James GRIFFITH, Defendant-Appellant,

v.

STATE of Missouri,
Plaintiff-Respondent.

No. 52013.

Missouri Court of Appeals,
Eastern District,
Division Three.

June 30, 1987.

Motion for Rehearing and/or Transfer
Denied July 30, 1987.

James S. McKay, St. Louis, for defendant-appellant.

William L. Webster, Atty. Gen., Jeffrey Philip Dix, Asst. Atty. Gen., Jefferson City, for plaintiff-respondent.

ORDER

PER CURIAM.

Movant, James Griffith, appeals the denial of his Rule 27.26 motion after an evidentiary hearing. Affirmed. Rule 84.16(b).

STATE of Missouri, Respondent,

v.

Kenneth JOHNSON, Appellant.

No. 52459.

Missouri Court of Appeals,
Eastern District,
Division Four.

June 30, 1987.

Motion for Rehearing and/or Transfer
Denied July 30, 1987.

